UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    CV 15-06156 DDP (PJWx)                                         Dated: September 24, 2015

Title:      SUSAN LINES -v- BANK OF AMERICA, NATIONAL ASSOCIATION, FIA CARD SERVICES, N.A.
================================================================
PRESENT:    HONORABLE DEAN D. PREGERSON, JUDGE

    John A. Chambers                                                None Present
    Courtroom Deputy                                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                            None

PROCEEDINGS:         MINUTE ORDER (IN CHAMBERS)


    **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS CASE FILED BY DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION, FIA CARD SERVICES, N.A. (DOCKET NUMBER 8) and the MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT FILED BY PLAINTIFF SUSAN LINES (DOCKET NUMBER 10) set for September 28, 2015 at 10:00 a.m., are hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                                   Initials of Deputy Clerk: JAC
CIVIL -- GEN